IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-CV-01559-PSF-PAC

CLINT SCOTT JEWETT,

    Plaintiff,

v.

JOHN COOKE, Sheriff of Weld County, Colorado, and
JOHN DOES NUMBERS 1-10, individually and in their official capacities,

    Defendants.

## ORDER GRANTING MOTION TO DISMISS SHERIFF'S DEPARTMENT

This matter is before the Court on the parties' Stipulation to Dismiss Sheriff's Department (Dkt. # 12). The Court notes that the parties have stipulated to the dismissal of Weld County Sheriff's Department with prejudice and that the dismissal is of a redundant party and not intended to have any effect on any other party. The Court therefore

ORDERS that Weld County Sheriff's Department is hereby DISMISSED with prejudice. This is a dismissal of a redundant party and shall have no effect on any other party. It is

FURTHER ORDERED that the caption is amended as reflected above to delete Weld County Sheriff's Department as a party defendant.

IT IS FURTHER ORDERED that further motions in this matter which are unaccompanied by a proposed order <u>filed in chambers</u>, in the appropriate format, will

be <u>denied without prejudice</u>. The parties are DIRECTED to D.C.COLO.LCivR 5.6(A) regarding compliance with "Electronic Case Filing Procedures for the District of Colorado," which sets forth at Section V.L. 1 and 2 the requirements for submitting proposed orders.

DATED: January 17, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge