IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-CV-01559-PSF-PAC

CLINT SCOTT JEWETT,

    Plaintiff,

v.

WELD COUNTY SHERIFF'S DEPARTMENT,
JOHN COOKE, the Sheriff of Weld County, Colorado, and
JOHN DOES NUMBERS 1-10, individually and in their official capacities,

    Defendants.

_____

**ORDER RESETTING HEARING**
_____

    This matter is before the Court *sua sponte*. IT IS HEREBY ORDERED that the motion hearing/status conference currently set for May 25, 2006 at <u>1:00 p.m.</u> is RESET to May 25, 2006 **at 2:00 p.m.**

    DATED: May 19, 2006

                                                  BY THE COURT:

                                                *s/ Phillip S. Figa*
                                                _____
                                                Phillip S. Figa
                                                United States District Judge