IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01559-PSF-PAC

CLINT SCOTT JEWETT,

 Plaintiff,

v.

JOHN COOKE, the Sheriff of Weld County, Colorado; and
JOHN DOES NUMBERS 1-10, individually and in their official capacities,

 Defendants.

## ORDER ON PLAINTIFF'S MOTION TO REOPEN CASE

  This matter is before the Court on plaintiff's Motion to Reopen Case (Dkt. # 32), filed December 28, 2006. On May 10, 2006, plaintiff's attorney filed a motion to withdraw as counsel, stating that certain actions of his client had made it unreasonably difficult to carry out his employment effectively (Dkt. # 19). The Court set the motion for a hearing on May 25, 2006, and directed that plaintiff attend the hearing in person (Dkt. # 20).

  Counsel appeared for the hearing on May 25, 2006 but the plaintiff did not. As a result, the motion to withdraw was granted, this action was dismissed without prejudice and the case was closed by order of the Court in open court on May 25, 2006 (Dkt. # 31). It was understood by the Court that plaintiff was not communicating or cooperating in the prosecution of the case as indicated by his failure to make discovery

requested by defendants. Nonetheless, the Court stated in its May 25, 2006 Order that plaintiff may seek to reinstate the case upon a showing of good cause. *Id.*

Plaintiff's current motion, filed some seven months after the dismissal of his case, states only that he was unable to attend the hearing held on May 25, 2006 because he has no drivers license and was unable to procure a ride to the hearing. (Motion at ¶ 3). While this untimely explanation may justify his non-attendance at the hearing, it does not provide good cause to reopen this case.

Accordingly, the motion is DENIED.

DATED: January 16, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge